In re GIBBS.

(District Court, D. Vermont. August 15, 1900.)

No. 463.

BANKRUPTCY—JURISDICTION OF COURT OF BANKRUPTCY—INSOLVENCY PROCEEDINGS IN STATE COURT.

Property of which a bankrupt was in the actual occupancy as a homestead at the time of the adjudication, and to which he had some title which had not been devested by pending proceedings in insolvency against him in a state court, was brought, by the adjudication, within the jurisdiction of the court of bankruptcy.

In Bankruptcy. On report of referee on application of bankrupt for setting apart of homestead.

Farrington & Post, for bankrupt.
C. D. Watson, in pro. per.

WHEELER, District Judge. Upon report of the referee the premises in question are apparently the homestead of the bankrupt, in which he has some title remaining from the original redeemable lease to him, of which he was not devested by the state insolvency proceedings, nor by the decree of foreclosure which was redeemed, and upon which his daughters, as heirs of their mother, have an equitable lien through the paying off of the incumbrance by her to save her supposed right, or an equitable title in proportion to the amount paid as a resulting trust arising from payment of so much of the price upon which the deed was made to him instead of to her. Williams v. Wager, 64 Vt. 326, 24 Atl. 765; Walker v. King, 44 Vt. 601. As the bankrupt was in actual occupation at the time of adjudication, this property came within the jurisdiction of this court as a court of bankruptcy. White v. Schloerb (May 28, 1900) 178 U. S. 542, 20 Sup. Ct. 1007, Adv. S. U. S. 1007, 44 L. Ed. ——. If the value of the premises, which is not stated, is not $500 greater than the mortgage given by the bank-

rupt and the amount paid by the mother on the decree, the whole should be set off as a homestead; and the question whether she held by virtue of the incumbrance or by a resulting trust would be immaterial to the bankrupt estate. As this fact, and others which may be material, do not appear, the report is recommitted for further findings to be made upon notice. Report recommitted.